Michelle Hon Donovan (SBN 234492)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2219
E-mail: mhdonovan@duanemorris.com

Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957-3138
Email: mckillian@duanemorris.com

Attorneys for Plaintiff
American Career College, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL CAREER COLLEGE, a California corporation,<br><br>Defendant. | Case No.: 21-cv-00258 JLS JDE<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff American Career College, Inc. ("Plaintiff") and Defendant American Medical Career College ("Defendant"), by and through their attorneys of record, notify this Court that they have executed a settlement agreement. However, pursuant to the settlement terms, Defendant has until June 5, 2021 to pay the settlement amount in full and cure its alleged infringing conduct. Plaintiff has agreed to dismiss the instant lawsuit within five (5) days of Defendant's fulfillment of its obligations under the settlement agreement. Notably, this action was filed based on the alleged breach of the parties' prior settlement

agreement, which is why plaintiff believes defendant's full compliance prior to dismissal of the action is an essential and material term of the agreement.

Based on the foregoing, the parties respectfully request that the Court vacate all pending hearing dates and related dates until June 11, 2021 to provide the parties enough time to complete their settlement obligations, at which time the parties will file a stipulation of dismissal.

Dated: April 13, 2021        **DUANE MORRIS LLP**

By: /s/ *Michelle Hon Donovan*
Michelle Hon Donovan (SBN 234492)
Attorneys for Plaintiff
American Career College, Inc.

Dated:  April 13, 2021        **T|B LAW**

By: /s/ *Thomas A. Buckley*
Thomas A. Buckley
Attorneys for Defendant
AMERICAN MEDICAL CAREER COLLEGE INC.