Michelle Hon Donovan (SBN 234492)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2219
E-mail: mhdonovan@duanemorris.com

Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957-3138
Email: mckillian@duanemorris.com

Attorneys for Plaintiff
AMERICAN CAREER COLLEGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAREER COLLEGE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL CAREER COLLEGE, a California corporation,<br><br>Defendant. | Case No.: 21-cv-00258 JLS JDE<br><br>**STIPULATION OF DISMISSAL** |

The Parties hereto, by and through their respective counsel, hereby agree that this matter has been fully and finally resolved and request that the Court dismiss the action.

1 | Dated: June 11, 2021 | **DUANE MORRIS LLP**
--- | --- | ---

By: /s/ *Michelle Hon Donovan*
Michelle Hon Donovan
Attorneys for Plaintiff
AMERICAN CAREER COLLEGE, INC.

Dated: June 11, 2021

**T|B LAW**

By: /s/ *Thomas A. Buckley*
Thomas A. Buckley
Attorneys for Defendant
AMERICAN MEDICAL CAREER COLLEGE INC.